UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 02 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHILDRENS HEALTH DEFENSE; et al., <br><br> Petitioners, <br><br> v. <br><br> FEDERAL COMMUNICATIONS COMMISSION and UNITED STATES OF AMERICA, <br><br> Respondents. | No. 20-70297 <br><br> FCC No. 19-126 <br> Federal Communications Commission <br><br> **ORDER** |

This case is RELEASED from the Mediation Program.

All further inquiries regarding this appeal, including request for extensions of time, should be directed to the Clerk's Office.

Counsel are requested to contact the Circuit Mediator should circumstances develop that warrant settlement discussions while the appeal is pending.

FOR THE COURT:

Roxane G. Ashe
Circuit Mediator

vs/mediation