FILED

APR 24 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE; et al., <br><br> Petitioners, <br><br> v. <br><br> FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES OF AMERICA, <br><br> Respondents. | No. 20-70297 <br><br> FCC No. 19-126 <br> Federal Communications Comm <br><br> ORDER |

Before: MURGUIA, OWENS, and BENNETT, Circuit Judges.

Respondents' motion to transfer this petition for review to the United States Court of Appeals for the District of Columbia Circuit (Docket Entry No. 10) is granted. *See* 28 U.S.C. § 2112(a)(5) ("All courts in which proceedings are instituted with respect to the same order, other than the court in which the record is filed pursuant to this subsection, shall transfer those proceedings to the court in which the record is so filed."). Respondents' motion to defer filing of the record (Docket Entry No. 10) is denied as moot.

The Clerk shall transfer the petition for review and all other pending motions to the United States Court of Appeals for the District of Columbia Circuit.

Upon transfer of the petition, the Clerk shall close this case.

**TRANSFERRED.**

sz/MOATT